THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Lorenzo Ragin, Appellant.
 
 
 
 
 

Appeal From Clarendon County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2010-UP-039
 Submitted January 4, 2010  Filed January
26, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Cecil Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM:  Lorenzo
 Ragin appeals his conviction for assault and battery of a high and aggravated
 nature, arguing that the trial judge erred by ruling that prior convictions
 would have been admissible had Ragin testified.  In a pro se brief, Ragin
 raises additional arguments. After a thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]  
APPEAL
 DISMISSED. 
HUFF, A.C.J., GEATHERS,
 J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.